UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 13-31459 GMB

Debtor: Jorge L. & Maribel R. Alvarez

| Check Number | Creditor | Amount |
|---|---|---|
| 1858042 | PNC Bank, N.A. | 2191.24 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   September 10, 2014