Mark A. Gittelman - Counsel
PNC Bank, National Association
1600 Market Street - 28th floor
Philadelphia, PA 19103
215-585-8785

```
FILED
JAMES J. WALDRON, CLERK
MAR -2 2015
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY
```

| IN THE MATTER OF | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Debtor(s)  Jorge L. & Maribel R. Alvarez | JUDGE: Gloria M. Burns  CASE NO.: 13-31459 GMB  CHAPTER  HEARING DATE: 3/31/15 @ 10:00am  NOTICE OF MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO PNC BANK, NATIONAL ASSOCIATION PURSUANT TO  11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 *ET. SEQ.* |

TO: ALL PARTIES ON THE ANNEXED SERVICE LIST

PLEASE TAKE NOTICE THAT THE UNDERSIGNED WILL APPLY BEFORE

Honorable: Gloria M. Burns
Date: March 31, 2015
Time: 10:00 am
Place: United States Bankruptcy Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101

RELIEF SOUGHT: ORDER DIRECTING PAYMENT OF FUNDS TO PNC BANK, NATIONAL ASSOCIATION PURSUANT TO 11 U.S.C. section 347 AND 28 U.S.C. section 2041 *et. seq.* and
D.N.J. LBR 9013-1 and other such relief as the Court may deem appropriate.

GROUNDS: See annexed certification.

STATEMENT RE BRIEF: Due to the uncomplicated legal issues and the Certification of here relevant facts, a brief is not necessary.

**PLEASE TAKE NOTICE** that Mark A. Gittelman as counsel for PNC Bank, National

Association, a creditor in the above-captioned proceeding (the "Claimant"), shall move for an

Order Directing Payment of Funds to Creditor Claimant, Pursuant to 11 U.S.C. §347 and 28

U.S.C. §2041, et. seq. (the "Motion"). The funds are in the Court Clerk's registry for unclaimed funds. The undersigned moves as required by Local Bankruptcy Rule D.N.J. LBR 3011-1.

**PLEASE TAKE FURTHER NOTICE**, that in support of the Motion, the Claimant shall rely upon the certification and proposed form of Order submitted herewith.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to D.N.J. LBR 9013-1 of the Local Rules of this Court, objections, if any, to the Motion and proposed Order must be in writing, must conform to the requirements of the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of New Jersey, set forth the name of the objector, the basis for the objection and the specific grounds therefore, and must be filed with the Clerk of the Court and served upon the undersigned at least seven (7) days prior to the hearing date indicated herein with copies filed simultaneously served upon the attorney whose name and address appear below.

**PLEASE TAKE FURTHER NOTICE**, pursuant to D.N.J. LBR 9013-1 of Local Rules of this Court, failure of any person or entity receiving notice of the Motion to file objections thereto on a timely basis shall be a bar to the assertion of an objection to the entry by the Court of the proposed Order, as same may be modified, and the within Motion shall be deemed uncontested.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to D.N.J. LBR 9013-1(f) of the Local Rules of this Court, the undersigned hereby requests oral argument only if the within Motion is opposed.

Dated: 2/17/15

Mark A. Gittelman, Esquire
NJ License No. 041511984
Chief Practice Counsel - Asset Recovery
PNC Bank, National Association
1600 Market Street - 28th floor
Philadelphia, PA 19103
215-585-8785 direct
215-585-8713 fax